UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVARIOUS GARDINER,<br><br>  Plaintiff,<br><br>  v.<br><br>WALMART, INC.,<br><br>  Defendant. | Case No. 20-cv-04618-JSW<br><br>**JUDGMENT** |

Pursuant to the Court's Order dismissing the complaint, JUDGMENT is HEREBY ENTERED in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: July 28, 2021

_____
JEFFREY S. WHITE
United States District Judge